## SAIEK v. PENNSYLVANIA R. CO.

### (Circuit Court, E. D. New York. December 27, 1911.)

**REMOVAL OF CAUSES (§ 42\*)—EMPLOYER'S LIABILITY ACT—AMENDMENT.**
Act Cong. April 5, 1910, c. 143, § 1, 36 Stat. 291, amending Employer's Liability Act April 22, 1908, c. 149, § 6, 35 Stat. 66 (U. S. Comp. St. Supp. 1909, p. 1173), provides that the jurisdiction of the courts of the United States over an action under such act shall be concurrent with that of the courts of the several states, and that no case arising thereunder and brought in any state court of competent jurisdiction shall be removed to any court of the United States. *Held*, that such act repealed so much of Removal Act March 3, 1875, c. 137, 18 Stat. 470 (U. S. Comp. St. 1901, p. 508), as authorized removal of causes brought under the employer's liability act, and that such an action involving more than $2,000 could not be removed for diversity of citizenship.

[Ed. Note.—For other cases, see Removal of Causes, Dec. Dig. § 42.\*]

At Law. Action by Joseph Saiek against the Pennsylvania Railroad Company under Employer's Liability Act April 22, 1908, as amended by Act Cong. April 5, 1910. On motion to remand. Granted.

McDowell & Kennedy, for plaintiff.
Burlingham, Montgomery & Beecher, for defendant.

CHATFIELD, District Judge. The motion to remand must be granted. Repeal by implication must result, where no other intent can be inferred which will harmonize with the prior statute. In this case jurisdiction is given the state courts by Act April 5, 1910, c. 143, 36 Stat. 291, amending Act April 22, 1908, c. 149, 35 Stat. 65. By the amendment of April 5, 1910, original jurisdiction is given to the Circuit Courts of more districts than under prior existing law, and removal of *all* suits under *this* law to the United States court—i. e., "the court of the proper district"—is prohibited.

This is plain language and must be respected. Sections 1 and 2, c. 137, Act March 3, 1875, are modified or limited thereby.

NOTE.—Action brought in New York Supreme Court, Richmond County, charging negligence within the provisions of Employer's Liability Act April 22, 1908, as amended by Act April 5, 1910. Removed to the United States court upon November 8, 1911. Motion to remand, on ground that removal of such action was prohibited by the above statute. Opposed upon the theory that the removal act of March 3, 1875, was not repealed by the act of April 5, 1910, with respect to causes removable for other reasons than that they arose under the provisions of a law of the United States; the particular point as to the present case being that removal upon grounds of diversity of citizenship, in a case involving more than $2,000, was still possible under the general statute of 1875.

\*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes